UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00485-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   CHRISTOPHER WEBB,

    Defendant.

## ORDER ON MOTIONS TO CONSOLIDATE AND CONTINUE

THIS MATTER is before the Court on the Defendant's Motion to Consolidate [ECF No. 56], filed August 22, 2014, and Motion to Continue and Supplement to Motion to Consolidate [ECF No. 57], filed August 25, 2014.  In these motions, the parties request the consolidation of a supervised release violation matter in case number 1:14-cr-00304-WJM, which is currently assigned to Judge William Martinez, and a sentencing matter in case number 1:12-cr-00485-WYD.  With the concurrence of Judge Martinez, I find that consolidation is appropriate.

The motions further request that the sentencing matter in case number 1:12-cr-00485-WYD, originally set for Tuesday, September 2, 2014, at 10:00 a.m., in Courtroom A-1002, be continued for two weeks so that both matters can be dealt with simultaneously.  I also find that this request is appropriate.  Accordingly, it is

ORDERED that the Defendant's Motion to Consolidate [ECF No. 56] and Motion to Continue and Supplement to Motion to Consolidate [ECF No. 57] are **GRANTED**, and the sentencing hearing originally set for Tuesday, September 2, 2014, at 10:00 a.m., in Courtroom A-1002 is **VACATED**.   It is

FURTHER ORDERED that the Clerk of the Court shall consolidate case numbers 1:14-cr-00304-WJM and 1:12-cr-00485-WYD for all further purposes.   The supervised release violation matter originating from case number 1:14-cr-00304-WJM and the sentencing matter in case number 1:12-cr-00485-WYD will be dealt with simultaneously in a hearing set for **Thursday, September 18, 2014, at 1:00 p.m., in Courtroom A-1002**.   It is

FURTHER ORDERED that the Probation Office shall file a report in regards to the supervised release violation matter, originating from case number 1:14-cr-00304-WJM, not later than **Thursday, September 11, 2014**.

Dated:   August 26, 2014.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE
