# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  14-cr-00304-WYD-01 |
| | USM Number:  69474-065 |
| CHRISTOPHER SHAUN WEBB | Pamela Robillard Mackey, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Reside In/Comply with Rules of Residential Reentry Center | July 23, 2012 |
| 2 | Violation of the Law | 11/3/12 |

    The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 18, 2014
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

September 25, 2014
Date

DEFENDANT:  CHRISTOPHER SHAUN WEBB
CASE NUMBER:  14-cr-00304-WYD-01                                                                    Judgment-Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months, to run consecutive to the sentence in Case No. 12-cr-00485-WYD-01.

The Court recommends that the Bureau of Prisons that the Defendant be designated to a facility outside the state of Colorado. The Court strongly recommends that the Defendant be designated to FCI Fairton, in Millville, New Jersey.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  CHRISTOPHER SHAUN WEBB
CASE NUMBER:  14-cr-00304-WYD-01                                                                 Judgment-Page 3 of 3

---

## MONETARY OBLIGATIONS

The defendant is ordered to pay the balance of fees and restitution outstanding, totaling $300.00 in special assessment fees and $31,547.00 in restitution.